IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 08-cv-01032-LTB-KMT

HAL WILLIAM ROUECHE, SR., and
PAGAN ROUECHE, individually and as legal guardians and next friends of
HAL WILLIAM ROUECHE, JR., an incapacitated person,

      Plaintiffs,

v.

UNITED STATES OF AMERICA, and
LUTHERAN HOSPITAL ASSOCIATION OF THE SAN LUIS VALLEY, INC., a Colorado corporation, doing business as SAN LUIS VALLEY REGIONAL MEDICAL CENTER,

      Defendants.
_____

## ORDER
_____

      Upon Defendant United States of America's Motion to Dismiss (Doc 10), Plaintiffs' Response (Doc 13), and Defendant's Reply (Doc 15), it is

      ORDERED that Defendant's Motion is GRANTED. Defendant United States of America is DISMISSED WITHOUT PREJUDICE.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   June 23, 2008