IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 08-cv-01032-LTB-KMT

HAL WILLIAM ROUECHE, SR., and
PAGAN ROUECHE, individually and as legal guardians and next friends of
HAL WILLIAM ROUECHE, JR., an incapacitated person,

      Plaintiffs,

v.

LUTHERAN HOSPITAL ASSOCIATION OF THE SAN LUIS VALLEY, INC., a Colorado corporation, doing business as SAN LUIS VALLEY REGIONAL MEDICAL CENTER,

      Defendant.
_____

**ORDER**
_____

      Upon Defendant San Luis Valley Regional Medical Center's Unopposed Motion for Remand to State Court (Doc 20), it is

      ORDERED that the Motion is GRANTED and this matter is REMANDED to the Alamosa County Colorado District Court.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   July 11, 2008